**PABST BREWING COMPANY, Defendant Below, Appellant,**

v.

**JOHN I. HAAS, INC. and John Barth Incorporated, Plaintiffs Below, Appellees,**

v.

**LUPOFRESH, INC., Plaintiff Below, Appellee.**

Supreme Court of Delaware.

Submitted: June 17, 1986.

Decided: June 17, 1986.

Peter M. Sieglaff, Potter, Anderson & Corroon, Wilmington, Thomas G.A. Herz and R. Jeffrey Krill (argued), Michael, Best & Friedrich, Milwaukee, Wis., of counsel, for appellant.

Irving Morris and Kevin Gross, Morris and Rosenthal, P.A., Wilmington, Merrill G. Davidoff (argued), David Berger, H. Laddie Montague, Jr., Daniel Berger, and Alan M. Sandals, Berger & Montague, P.C., Philadelphia, Pa., of counsel, for appellees John I. Haas, Inc. and John Barth Incorporated.

John A. Parkins, Jr., Richards, Layton & Finger, Wilmington, Eugene Mittelman (argued), and Robert Fierman, Dreyer and Traub, New York City, of counsel, for appellee Lupofresh, Inc.

Before McNEILLY, HORSEY and MOORE, JJ.

PER CURIAM.

On the basis of and for the reasons assigned by the trial court, *see Lupofresh, Inc. v. Pabst Brewing Company, Inc.*, Del.

Super., 505 A.2d 37 (1985), the judgment is hereby

AFFIRMED.